UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

CHARLES ANDERSON

            Plaintiff(s)       :     **JUDGMENT**

(vs)

BAYSIDE STATE PRISON, ET AL.     Civil #08-02567   (RBK)

           Defendant(s)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on February 1, 2012 and no timely objection having been filed,

IT IS, on this 26th day of March 2012

ORDERED that the report of Hon. John W. Bissell dated February 1, 2012 is hereby affirmed and Judgment of No Cause for Action be entered in favor of defendants **Bayside State Prison, et al.** and against plaintiff **Charles Anderson**.

_____
HON. ROBERT B. KUGLER, U.S.D.J.